# Exhibit 5

Int. Cl.: 11

Prior U.S. Cls.: 13, 21, 23, 31, and 34

Reg. No. 3,341,585

## United States Patent and Trademark Office

Registered Nov. 20, 2007

### TRADEMARK
### PRINCIPAL REGISTER

# TLR-1

STREAMLIGHT, INC. (DELAWARE CORPORA-
TION)
30 EAGLEVILLE ROAD
EAGLEVILLE, PA 19403

FOR: GUN MOUNTED LIGHTS, IN CLASS 11
(U.S. CLS. 13, 21, 23, 31 AND 34).

FIRST USE 2-9-2006; IN COMMERCE 2-9-2006.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

SN 78-796,051, FILED 1-20-2006.

BARBARA RUTLAND, EXAMINING ATTORNEY