Exhibit 8

## Laser Defense MFG, LLC.

# THIS WEBSITE IS CURRENTLY UNDERGOING

We are currently in the process of re-constructing this website that was all ready under construction when we started. We hope to have the website up and running with the full products list as soon as possible. Thank you for your patience with this matter and for your continued support.

**Address:**
4220 Whitaker Avenue
Philadelphia, PA 19124
Phone # 484-620-0803

**Temporary Email:**
laserdefense@gmail.com





**Laser Defense MFG, LLC.**

Products > Laser & Light

# Laser Defense MFG C4 LED 325 Lumen Flashlight/Strobe Light/10mW Green (or Red) Laser

10mw Green Laser Sight Rail Mounted Tactical Light/Green Laser. Military grade O-ring sealed, hard coate aluminum bodied gun mount lights, which set a whole new standard for durability. The TLG-2 lights/lasers are powerful, intensely bright and long-running. The TLG-2 style LED / Green Laser Glock Tactical Lights ai shockproof, dustproof, and virtually indestructible. The 9-watt Luxeon LED of TLG-2 style Weapon Mountec Tactical Light /Green Laser Combo will not break or burn out. Light is built with a Luxeon Super Hi Flux Cr( C-4 LED providing at least 2.5 hours of continuous run time when in dual mode with the high power visible laser. Two 3-volt CR123A lithium batteries with 10-year storage life powered Gun-Mounted Tactical Light with integrated aiming laser TLG-2.

The rail grip clamp system securely attaches/detaches quickly & easily with no tools and without putting your hands in front of the muzzle. Light fits most handguns with rails as well as long guns with 1913 (Picatinny-style) rails. TLG Tactical Rail Flashlights - Laser will give you every advantage in any low-light situation. Shockproof super high-flux LED with blinding beam with bright side-light that will not break or burn out. Up to 2.5 hrs runtime (laser-only mode runs 45 + hrs.)

Fast, Adjustable, Secure Side mounting to 1913 and Glock style Rails Machined aluminum sealed constructi( with black anodized finish Dustproof Ambidextrous momentary/steady on/off switch Highly accurate sight repeatability when remounting Fits existing light bearing holsters 4.72 oz. MIL-SPEC 810F Performance Tested.

**Case Material:**
6000 series machined aircraft aluminum with black anodized military hard coated finsh. High impact chemically resistant engineering polymer laser housing

**Dimensions (LxWxH):**
3.26in. (8.28cm.) x 1.47in. (3.73cm.) x 1.83in. (4.64cm.)

**Weight (w/batteries):**
4.72oz. (133.8g.)

**Lens:**
High temperature, shock mounted, impact resistant, Boro Float Glass lens

**Light Source:**
Cree C4 325 Lumen LED with strobe function technology, impervious to shock with a 50,000 hour lifetime

**Light Output:**
Up to 9,000 candela peak beam intensity





and up to 325 lumens measured system output.

**Laser Output:**
10mW. 532nm. visible green laser class IIIB laser

**Run Time:**
2.5 hours continuous run, laser/LED simultaneously, solid-state current regulation for consistent illumination level, 45+ hour laser-only mode

**Battery:**
Two (2) 3-volt CR123A lithium batteries, with a storage life of 10 years

**Warranty:**
One year warranty

**Optional Accessories:**
Mounting adapters, filters, keys for S&W 99 and TSW





**Laser Defense MFG, LLC.**

Products > Lights

# Laser Defense MFG TLL-1 C4 LED 325 Lumen Flashlight/Strobe Light

TLL-1 325 Lumen Rail Mounted Tactical LED light. Military grade O-ring sealed, hard coated aluminum bodi gun mount lights, which set a whole new standard for durability. The TLL-1 Tactical LED Light is powerful, intensely bright and long-running. The TLL-1 Tactical LED Light is shockproof, dustproof, and virtually indestructible. The 9-watt Luxeon LED of TLL-1 Tactical LED Light will not break or burn out. Light is built with a Luxeon Super Hi-Flux Cree C4 LED providing at least 2.5 hours of continuous run time. Two 3-volt CR123A lithium batteries with 10-year storage life powered (included).

The rail grip clamp system securely attaches/detaches quickly & easily with no tools and without putting your hands in front of the muzzle. Tactical LED Light fits most handguns with rails as well as long guns with 1913 (Picatinny-style) rails. Shockproof super hi-flux LED with blinding beam. Fast, Adjustable, Secure Side mounting to 1913 and Glock style rails. Machined aluminum sealed construction with black anodized finish. Dustproof, Ambidextrous momentary on/off switch. Highly accurate sight repeatability when remounting. Fits existing light bearing holsters 4.72 oz. MIL-SPEC 810F Performance Tested.

**Case Material:**
6000 series machined aircraft aluminum with black anodized military hard coated finsh. High impact chemically resistant engineering polymer laser housing

**Dimensions (LxWxH):**
3.26in. (8.28cm.) x 1.47in. (3.73cm.) x 1.83in. (4.64cm.)

**Weight (w/batteries):**
3.72oz. (105.46g.)

**Lens:**
High temperature, shock mounted, impact resistant, Boro Float Glass lens

**Light Source:**
Cree C4 325 Lumen LED with strobe function technology, impervious to shock with a 50,000 hour lifetime

**Light Output:**
325 lumens measured system output.

**Run Time:**
2.5 hours continuous run, solid-state current regulation for consistent illumination level





**Battery:**
Two (2) 3-volt CR123A lithium batteries, with a storage life of 10 years

**Warranty:**
One year warranty

**Optional Accessories:**
Mounting adapters, filters, keys for S&W 99 and TSW

