Exhibit 9

Username / Customer#  Password  [Log In]  Forgot Password? | Create Account  Empty ▼  ? Support ▼

(480) 505-8877

WHOIS Domain Check   Our Commercials   Bob's Video Blog   Deals of the Day   Hablamos Español

Domains | Hosting & Servers | Storage | Web Design | Generate Income | Email | SSL & Security | Auctions | My Account

## WHOIS search results for:
## LASERDEFENSEMFG.COM
(Registered)

**Is this your domain?**
Add hosting, email and more.

**Want to buy this domain?**
Get it with our Domain Buy service.

The data contained in GoDaddy.com, LLC's WHOIS database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy. This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden without the prior written
permission of GoDaddy.com, LLC. By submitting an inquiry,
you agree to these terms of usage and limitations of warranty. In particular,
you agree not to use this data to allow, enable, or otherwise make possible,
dissemination or collection of this data, in part or in its entirety, for any
purpose, such as the transmission of unsolicited advertising and
solicitations of any kind, including spam. You further agree
not to use this data to enable high volume, automated or robotic electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified
in the "registrant" field. In most cases, GoDaddy.com, LLC
is not the registrant of domain names listed in this database.


Registrant:
LASER DEFENSE MFG, LLC.

4220 WHITAKER AVE
PHILADELPHIA, Pennsylvania 19124
United States

Registered through: GoDaddy.com, LLC (http://www.godaddy.com)
Domain Name: LASERDEFENSEMFG.COM
Created on: 15-Nov-09
Expires on: 15-Nov-13
Last Updated on: 28-Nov-11

Administrative Contact:
moss, mike vaderall@gmail.com
LASER DEFENSE MFG, LLC.
4220 WHITAKER AVE
PHILADELPHIA, Pennsylvania 19124
United States
+1.2157396286

Technical Contact:
moss, mike vaderall@gmail.com
LASER DEFENSE MFG, LLC.
4220 WHITAKER AVE
PHILADELPHIA, Pennsylvania 19124
United States
+1.2157396286

Domain servers in listed order:
NS13.DOMAINCONTROL.COM
NS14.DOMAINCONTROL.COM

Registry Status: clientDeleteProhibited
Registry Status: clientRenewProhibited
Registry Status: clientTransferProhibited
Registry Status: clientUpdateProhibited

See Underlying Registry Data
Report Invalid Whois

### NameMatch Recommendations

GoDaddy.com NameMatch has found similar domain names related to your search.
Registering multiple domain names may help protect your online brand against internet
squatters who could try to buy up these names in the hopes of selling them to you at an
inflated price. It also enables you to capture more Web traffic, which you can then direct to
your primary domain.

**Domains available for new registration:**

| Similar Premium Domains | |
|---|---|
| ☐ SelfDefenseSpray.com | $3,360.00* |
| ☐ LaserDiffraction.com | $1,249.00* |
| ☐ LaserColors.com | $450.00* |
| ☐ LaserDefense.com | $1,000.00* |
| ☐ DefenseNow.com | $2,788.00* |
| ☐ DefenseUSA.com | $3,188.00* |

**Domains available at Go Daddy Auctions®:**

| | |
|---|---|
| ☐ laseroptics.com<br>Ends on: 3/24/2012 11:00:00 PM PST | $3,100.00* |
| ☐ laserengine.com<br>Ends on: 3/1/2012 11:00:00 PM PST | $900.00* |
| ☐ cheaplaserprinter.com<br>Ends on: 2/7/2012 11:11:00 AM PST | $1,999.00* |
| ☐ chicagolaserdentistry.com<br>Ends on: 2/7/2012 11:01:00 AM PST | $575.00* |
| ☐ laserchillers.com<br>Ends on: 2/7/2012 10:49:00 AM PST | $1,499.00* |
| ☐ bouldercriminaldefense.com<br>Ends on: 2/7/2012 10:36:00 AM PST | $1,499.00* |

### Learn more about

Private Registration          Deluxe Registration
Business Registration         Protected Registration

*Plus ICANN fee of $0.18 per domain name year.
**.CA domain names will be registered through Go Daddy Domains Canada, Inc., a CIRA certified registrar.

Enter a domain name to search       .com

---

**Go Daddy Global**   Country: United States   Currency: United States Dollar $ (Transactional)

| Account Manager | Shopping | Resources | Support | About Go Daddy | Mobile | Find Us On... |
|---|---|---|---|---|---|---|
| My Account | Domain Search | Webmail | Telephone Support & Sales | About Us | Go Daddy, on the GO! | |
| My Renewals | Product Catalog | WHOIS search | Product Support | News Releases | iPhone Application | |

| | | | | | | |
|---|---|---|---|---|---|---|
| My Upgrades | Go Daddy Gear | ICANN Confirmation | Discussion Forums | Careers | iPad Application |  |
| Account Settings | Gift Cards | Affiliates | User Groups | Marketing Opportunities | Android Application | |
| Customer Information | Go Daddy Mobile | Follow & Fan Us | Submit Support Ticket | Customer Testimonials | BlackBerry Application | |
| Order History | Deals of the Day | Legal | Site Suggestions | Security Center | Visit GoDaddyMobile.com | |
| Create Account | | Commercial Contests | Report Spam | .ME Scholarship | | |
| | | Site Map | Go Daddy Scoop | Round Up for Charity | Sign Up for Special Offers | |

Email Address [Submit]

Use of this Site is subject to express Terms of Use. By using this Site, you signify that you agree to be bound by these Terms of Use, which were last revised on August 5, 2011.
Legal     Privacy Policy
GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for .COM, .NET, .ORG, .INFO, .BIZ and .US domain extensions. Source: RegistrarSTATS.com

Copyright © 1999 - 2012 Go Daddy Operating Company, LLC. All Rights Reserved.

Although it often appears "WHOIS" or "WhoIs", the term is not an acronym. It means literally "Who is", referring to the searchable database that stores **domain information** for every URL currently registered on the Internet. Think of the WHOIS database as the "white pages" of the Internet neighborhood.

Search the **GoDaddy.com** WHOIS database whenever you want to know who a particular Web site belongs to. You may even be able to find the name and contact information of the business or individual who holds the registration on that domain. If the registration is private, specific information such as the holder's name, address, phone number and email address will be hidden from public view.

There are a number of reasons why you might want to use the GoDaddy.com WHOIS database:

- If you're a domainer, you might have your eye on a particular domain name(s) and want to know when it expires in the hopes of registering it yourself. You might also wish to approach the registrant with a private purchase offer.

- If you are the legal owner of a copyrighted name and you find someone else has registered a domain with that name in it, you'll want to take legal action against whoever's infringed on your rights by "cyber-squatting" on your Internet territory.

- If you come across your own original content reproduced without permission on another Web site, you may want to look up the name of the domain registrant in order to file a DMCA complaint against him or her. This federal act makes it illegal for anyone to produce or distribute another's original material on the Internet.

Law enforcement agencies use the WHOIS database to support national and international efforts including copyright protection and anti-terrorism laws. They're able to identify the registrant - or at least the host or registrar - of every domain name registered today. Legal infractions that can't be traced to an individual or business can certainly be traced to a registrar. Depending on the offense, the registrar may warn the site owner or shut down the Web site altogether.

**GoDaddy.com** has been active in combating Internet crime and abuse. **GoDaddy.com** lawyers have testified before the U.S. House Judiciary Subcommittee on Crime, Terrorism and Homeland Security about the rapid proliferation of illegitimate pharmacies and child pornography on the Internet. In fact, the company had a hand in the 2008 passage of the Ryan Haight Online Pharmacy Consumer Protection Act, named after a California teenager who died from an overdose of a drug he bought online,