UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STREAMLIGHT, INC.<br>          Plaintiff, | : <br> : <br> : |
| v. | : No. 12-cv-00489-AB |
| LASER DEFENSE MFG, LLC;<br>JORDAN L. WOLDORF;<br>ERIE AUTO SALES, INC.; and<br>WHITAKER AUTO SALES, INC.<br>          Defendants. | : <br> : <br> : <br> : <br> : |

## ~~PROPOSED~~ DEFAULT FINAL JUDGMENT

WHEREAS, Plaintiff Streamlight, Inc. ("Streamlight"), having filed its Amended Complaint in this action on March 27, 2012, and Defendants Laser Defense MFG, LLC ("LDM"), Jordan L. Woldorf ("Woldorf"), Erie Auto Sales, Inc. ("Erie"), and Whitaker Auto Sales, Inc. ("Whitaker"; collectively "Defendants") having failed to plead or otherwise defend this action,

IT IS HEREBY ADJUDGED as follows:

### JURISDICTION

1. This Court has jurisdiction over the subject matter of this action pursuant to the provisions of 28 U.S.C. §§ 1331 and 1338 and 15 U.S.C. §§ 1116 and 1121, in that this action arises under the patent laws and trademark laws of the United States, and under the principles of supplemental jurisdiction pursuant to 28 U.S.C. § 1367.

2. This Court has personal jurisdiction over Defendants because Defendants conduct business in this judicial district, and/or because Defendants have caused tortious injury to Streamlight in this judicial district and regularly do business in this judicial district.

### APPLICABILITY

3. This Final Judgment shall apply to Defendants, its principals, officers, directors, shareholders, employees, affiliates, agents, successors, and assigns, and to all other persons in

Case 2:12-cv-00489-AB   Document 15-3   Filed 09/18/12   Page 2 of 2

active concert or participation with Defendants who shall have received actual notice of this Final Judgment by personal service or otherwise.

### PROHIBITED CONDUCT

Defendants are hereafter enjoined and restrained from:

4.  Making, using, selling, or offering for sale within the United States, or importing into the United States, any product which infringes any claim of any of the following U.S. Patents: U.S. Patent No. 7,188,978 ("the '978 Patent"); U.S. Patent No. 7,614,760 ("the '760 Patent"); U.S. Patent No. D543,446 ("the '446 Patent"); and U.S. Patent No. D548,385 ("the '385 Patent") (collectively, the "Streamlight Patents"); and

5.  Using any name or designation as a trademark, trade dress, service mark, or otherwise to market, advertise, or identify Defendants or their goods and services that infringes or is otherwise confusingly similar to the following U.S. Trademarks: U.S. Trademark Reg. No. 3,341,585 for "TLR-1" ("the TLR-1 Mark"; U.S. Trademark Reg. No. 3,341,584 for "TLR-2" ("the TLR-2 Mark"); and U.S. Trademark Reg. No. 3,747,595 for "TLR-3" ("the TLR-3 Mark") (collectively, the "Streamlight Trademarks").

### DAMAGES

6.  Defendants are hereby ordered to pay an amount of $21,919 [handwritten, replacing $21,000] to Streamlight to compensate Streamlight for its costs and attorneys' fees associated with this lawsuit. [initialed ABB]

### RETENTION OF JURISDICTION

7.  Jurisdiction is retained by this Court for the purpose of enabling the parties to this Final Judgment to apply to this Court at any time for such further orders and directions as may be necessary or appropriate to carry out or construe this Final Judgment, to modify or terminate any of its provisions, to enforce compliance herewith, and to punish any violation of its provisions.

So Ordered this  19th  day of December, 2012

_____
Hon. Anita B. Brody